AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sweet, Robert W. | U.S. District Court | 02/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge (Senior Status) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. District Court
500 Pearl St - Room 1940
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 02/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 02/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 02/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T | A | Dividend | K | T | | | | | |
| 2. Amazon | | None | M | T | | | | | |
| 3. Apple | A | Dividend | K | T | | | | | |
| 4. BP LLC | A | Dividend | K | T | | | | | |
| 5. Comcast | A | Dividend | J | T | | | | | |
| 6. Disney | B | Dividend | L | T | | | | | |
| 7. GE | A | Dividend | J | T | | | | | |
| 8. IBM | B | Dividend | K | T | | | | | |
| 9. Marathon Pete | A | Dividend | K | T | | | | | |
| 10. Pfizer | A | Dividend | K | T | | | | | |
| 11. Proctor & Gamble | B | Dividend | L | T | | | | | |
| 12. Target | A | Dividend | K | T | | | | | |
| 13. 3M Co. | C | Dividend | M | T | | | | | |
| 14. Hull Tactical US ETF | C | Dividend | L | T | | | | | |
| 15. Federated Capital Reserve (a) | A | Dividend | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. Amazon | | None | P1 | T | Sold (part) | 07/26/17 | M | F | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 02/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RBC Prime Money Market (a) | A | Dividend | | | Sold | 10/31/17 | L | | |
| 19. USTB due 1/5/17 | A | Interest | | | Matured | 01/05/17 | M | | |
| 20. USTB due 4/13/17 | A | Interest | | | Buy | 01/17/17 | M | | |
| 21. USTB due 4/13/17 | | | | | Matured | 04/13/17 | M | | |
| 22. Estes- Sheridan LP | D | Distribution | J | U | | | | | |
| 23. NP Stratham LLC | D | Distribution | J | U | | | | | |
| 24. NP Dover LP | G | Distribution | J | U | | | | | |
| 25. NP Nashua LP | E | Distribution | K | U | | | | | |
| 26. NP Hanson LP | D | Distribution | J | U | | | | | |
| 27. NP Portfolio Account LLC | F | Distribution | M | U | | | | | |
| 28. NPS2 LLC | D | Distribution | J | U | | | | | |
| 29. Execwest LLC | | None | M | U | | | | | |
| 30. Execsouth LLC | E | Distribution | J | U | | | | | |
| 31. | | | | | | | | | |
| 32. Trust #1 (lines 33 - 79) (c) | | | | | | | | | |
| 33. 3M | C | Dividend | L | T | | | | | |
| 34. Agilent Technologies | A | Dividend | | | Sold | 01/20/17 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 02/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Alteria Group | B | Dividend | K | T | | | | | |
| 36. Amer Int'l Group | B | Dividend | L | T | Sold (part) | 07/28/17 | J | C | |
| 37. Amgen | A | Dividend | K | T | | | | | |
| 38. Analog Devices Inc. | A | Dividend | K | T | | | | | |
| 39. Apple Inc. | B | Dividend | L | T | | | | | |
| 40. Applied Material | A | Dividend | K | T | | | | | |
| 41. BP LLC | B | Dividend | K | T | | | | | |
| 42. Berkshire Hathaway | | None | K | T | Buy | 01/20/17 | K | | |
| 43. Centene | | None | J | T | | | | | |
| 44. Cisco Systems | B | Dividend | K | T | | | | | |
| 45. Comcast | A | Dividend | L | T | | | | | |
| 46. D R Horton | A | Dividend | J | T | | | | | |
| 47. Disney | A | Dividend | L | T | | | | | |
| 48. Exxon Mobile | B | Dividend | L | T | | | | | |
| 49. Fortive Corp | A | Dividend | K | T | Buy | 07/28/17 | K | | |
| 50. Gilead Sciences | A | Dividend | K | T | | | | | |
| 51. Humana | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 02/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ITT | | None | | | Sold | 01/20/17 | J | D | |
| 53. International Paper Co | A | Dividend | | | Sold | 10/12/17 | K | D | |
| 54. Keysight | | None | | | Sold | 01/18/17 | J | B | |
| 55. Laboratory Co | | None | K | T | | | | | |
| 56. Lam Research Corp | A | Dividend | K | T | | | | | |
| 57. Lear Corp | A | Dividend | K | T | | | | | |
| 58. Lennar Corp | A | Dividend | K | T | | | | | |
| 59. Lennar Corp CL B | | None | J | T | Spinoff (from line 58) | 11/27/17 | | | |
| 60. Lowes | B | Dividend | L | T | | | | | |
| 61. Merck | A | Dividend | | | Sold | 10/12/17 | K | D | |
| 62. Microsoft | C | Dividend | M | T | Sold (part) | 07/28/17 | J | D | |
| 63. Novo Nordik | | None | K | T | Buy | 10/12/17 | K | | |
| 64. Oracle | A | Dividend | K | T | | | | | |
| 65. Packaging Corp | A | Dividend | K | T | | | | | |
| 66. Pfizer | B | Dividend | K | T | | | | | |
| 67. Phillip Morrs | B | Dividend | K | T | | | | | |
| 68. Purblic Service | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 02/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Scana | A | Dividend | | | Sold | 01/18/17 | J | B | |
| 70. Suncor | A | Dividend | K | T | | | | | |
| 71. Suntrust | B | Dividend | L | T | Sold (part) | 07/28/17 | J | D | |
| 72. The Priceline Group | | None | K | T | | | | | |
| 73. Travlers Co | B | Dividend | L | T | | | | | |
| 74. United Continental Holdings | | None | K | T | | | | | |
| 75. United Technologies | A | Dividend | L | T | | | | | |
| 76. Unitedhealth Group | B | Dividend | M | T | Sold (part) | 07/28/17 | K | E | |
| 77. Xylem | | None | | | Sold | 01/18/17 | J | D | |
| 78. Wal-Mart Stores | A | Dividend | K | T | Buy | 01/18/17 | J | | |
| 79. CMA Money Fund (b) | A | Dividend | K | T | | | | | |
| 80. | | | | | | | | | |
| 81. Trust #2 (lines 82 -103) (c) | | | | | | | | | |
| 82. USTB due 1/5/17 | B | Interest | | | Matured | 01/05/17 | N | | |
| 83. USTB due 1/15/17 | B | Interest | | | Matured | 01/05/17 | N | | |
| 84. USTB due 4/27/17 | C | Interest | | | Matured | 04/27/17 | O | | |
| 85. USTB due 7/20/17 | B | Interest | | | Matured | 07/20/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 02/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. USTB due 4/13/17 | | | | | Buy | 01/17/17 | O | | |
| 87. USTB due 4/13/17 | A | Interest | | | Matured | 04/13/17 | O | | |
| 88. USTB due 10/19/17 | | | | | Buy | 07/18/17 | P1 | | |
| 89. USTB due 10/19/17 | B | Int./Div. | | | Matured | 10/19/17 | P1 | | |
| 90. USTB due 01/11/18 | | None | P1 | T | Buy | 07/18/17 | P1 | | |
| 91. USTB due 04/26/18 | | None | P1 | T | Buy | 07/18/17 | P1 | | |
| 92. USTB due 06/21/18 | | None | P1 | T | Buy | 07/18/17 | P1 | | |
| 93. USTB due 04/20/17 | | | | | Buy | 01/17/17 | O | | |
| 94. USTB due 04/20/17 | B | Interest | | | Matured | 04/20/17 | O | | |
| 95. USTB due 12/7/17 | | | | | Buy | 11/09/17 | O | | |
| 96. USTB due 12/7/17 | A | Interest | | | Matured | 12/07/17 | O | | |
| 97. USTB due 02/8/18 | | None | O | T | Buy | 11/09/17 | O | | |
| 98. USTB due 05/10/18 | | None | O | T | Buy | 11/09/17 | O | | |
| 99. Apple Inc. | D | Dividend | O | T | | | | | |
| 100. Microsoft | D | Dividend | N | T | | | | | |
| 101. North Colorado Springs Land & Improvement Co. | | None | J | T | | | | | |
| 102. Silvercrest Global Fund | | None | | | Redeemed | 12/31/17 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Third Point Partners | G | Int./Div. | P1 | T | | | | | |
| 104. 13D Actvist-Fd-1 | A | Dividend | O | T | Buy (add'l) | 11/08/17 | J | | |
| 105. | | | | | | | | | |
| 106. Trust #3 (lines 107-128) (c) | | | | | | | | | |
| 107. Berkshire Hathaway | | None | P1 | T | | | | | |
| 108. Gotham Absolute Return | | None | O | T | | | | | |
| 109. Gotham Neutral Fund | C | Dividend | P1 | T | | | | | |
| 110. USTB due 1/15/17 | A | Interest | | | Matured | 01/05/17 | M | | |
| 111. USTB due 4/27/17 | A | Interest | | | Matured | 04/27/17 | N | | |
| 112. USTB due 4/13/17 | | | | | Buy | 01/17/17 | N | | |
| 113. USTB due 4/13/17 | A | Interest | | | Matured | 04/13/17 | N | | |
| 114. USTB due 1/11/18 | | None | M | T | Buy | 07/18/17 | M | | |
| 115. USTB due 4/26/18 | | None | M | T | Buy | 07/18/17 | M | | |
| 116. USTB due 6/21/18 | | None | M | T | Buy | 07/18/17 | M | | |
| 117. USTB due 10/19/17 | | | | | Buy | 07/18/17 | M | | |
| 118. USTB due 10/19/17 | A | Interest | | | Matured | 10/19/17 | M | | |
| 119. Estes-Sheridan LP | E | Distribution | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 02/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. NP Stratham LLC | E | Distribution | J | U | | | | | |
| 121. NP Dover LLC | H1 | Distribution | J | U | | | | | |
| 122. NP Nashua LLC | F | Distribution | M | U | | | | | |
| 123. NP Hanson LLC | E | Distribution | J | U | | | | | |
| 124. NP Portfolio Account LLC | G | Distribution | O | U | | | | | |
| 125. NPS2 LLC | E | Distribution | J | U | | | | | |
| 126. Execuwest LLC | | None | N | U | | | | | |
| 127. Execusouth LLC | F | Distribution | J | U | | | | | |
| 128. Trans-Lux Series A Pfd | | None | | | Sold | 10/18/17 | J | | |
| 129. Trans-Lux Corp | | None | | | Sold | 10/18/17 | J | | |
| 130. | | | | | | | | | |
| 131. Citibank money markey account | A | Interest | J | T | | | | | |
| 132. Citibank checking account | | None | J | T | | | | | |
| 133. JPMorgan Chase checking account | A | Interest | J | T | | | | | |
| 134. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 02/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Footnotes
--------------

(a) = Money market type fund with shares remaining at a constant value of $1.00. Numerous purchases and sales, at no gain or loss, were made throughout the year with no shares held at year end.

(b) = Money market type fund with shares remaining at a comstant value of $1.00. Numerous purchases and sales, at no gain or loss, were made throughout the year.

(c) = Income beneficiary only.

(

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert W. Sweet**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544